# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RAMON MENDEZ, | : | No. 72 EM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF CORRECTIONS AND | : | |
| JOHN E. WETZEL, ET AL., | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 3rd day of December, 2020, the "Application for Leave to File Reargument *Nunc Pro Tunc"* is DENIED.